

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
Honorable Monique Diaz, Judge Presiding

# O R D E R

On October 1, 2022, appellee filed an unopposed Motion for Leave to File Amended Brief. After consideration, we **grant** the motion.

Entered this 4th day of October, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court